In the Matter of ELIZABETH SCHMIDT, Appellant, against THE CHAMBERLAIN OF THE CITY OF NEW YORK, Respondent.

(Submitted November 19, 1934; decided November 27, 1934.)

*Andrew F. Van Thun, Jr.,* for motion.

*Paul Windels, Corporation Counsel (Henry J. Shields* and *Sherman S. Rogers* of counsel), opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that leave to appeal is unnecessary, a constitutional question being involved. (Civ. Pr. Act, § 588, subd. 1.)